

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROCIO VIVIANA MONCADA FLORES, | § | No. 08-23-00020-CR |
| Appellant, | § | Appeal from the |
| v. | § | 218th Judicial District Court |
| THE STATE OF TEXAS, | § | of La Salle County, Texas |
| Appellee. | § | (TC#21-09-00051-CRL) |

# **J U D G M E N T**

The Court has considered this cause on Appellant's Withdrawal of Notice of Appeal, which we construe as a motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MAY 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.